UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-CR-256 (APM) |
| v. : | |
| : | |
| MARK THOMAS MOORE, : | |
| : | |
| Defendant. : | |
| : | |

JOINT PRETRIAL STATEMENT

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendant Mark Thomas Moore ("Moore"), by and through his counsel, respectfully file this Joint Pretrial Statement in response to the Court's Order of March 7, 2025. ECF 100.

I. **Neutral Statement of the Case**

The defendant has been charged in a six-count indictment. The charges include three counts of interference with commerce by robbery and one count of postal robbery, which relate to four robberies in Washington, D.C., which are: an October 21, 2022, robbery at a 7-Eleven store, an October 26, 2022, robbery at a McDonald's restaurant, a November 9, 2022, robbery of a different 7-Eleven store, and a November 22, 2022, robbery involving a United States Post Office. The defendant is also charged with one count of robbery while armed and one count of possession of a firearm during a crime of violence, which charges relate to the October 26, 2022, incident and, specifically, the robbery of an employee's Samsung cellular telephone while armed.

Mr. Moore denies these allegations. Mr. Moore is presumed innocent and has entered a plea of not guilty to these charges.

**II.     Proposed *Voir Dire* Questions**

The government proposes the following updates to the Court's Proposed *Voir Dire* Questions.

Question 2 – Proposed Changes to Update Names

The Government in this case is represented by AUSA Caelainn Carney, Jared English, and Jason McCullough. Also at counsel table for the Government is paralegal specialist Tiffany Robinson. Defendant is Mark Thomas Moore. He is represented by Stephen Brennwald. Do you know any of the people I have just named?

Question 12 – Split Hardship and Physical/Mental

Would serving as a juror in this case be an extreme hardship to anyone [discuss schedule].

Do you have any vision or hearing issues, or any other physical, health, or medical conditions, that might interfere with your ability to hear or understand what the witnesses say, to view exhibits and photographs, or to give this trial your full attention?

*The government proposes the following additional questions.*

Question A

Jurors are the sole judges of the facts, but they must follow the principles of law as I instruct.  The jury may not choose to follow some rules of law and ignore others, and even if the jury disagrees with or dislikes a rule of law, or does not understand the reasons for some of the rules, it is the jury's duty to follow those rules.  Will you have any difficulty following my legal instructions, whatever they may be?

Question B

If, after considering all of the evidence and my instructions on the law, you find the defendant guilty of one or more of the charges, it will be my job as the judge and my job alone to determine the punishment. The law does not permit you to consider the issue of punishment because there are factors, having nothing to do with this trial, which will help me determine the appropriate sentence, if any. Would you have difficulty or would you be uncomfortable serving as a juror knowing that you will not have any say in any fine, restitution, or jail sentence that I may impose?

Question C

This case was investigated and charged by the Department of Justice in 2022; however, it is being tried by the Department of Justice in 2025. Do you have any impressions or feelings, positive or negative, about how the Department of Justice has handled criminal cases that would make it hard for you to be a fair and impartial juror in this case?

**III.     Proposed Jury Instructions**

The parties' proposed jury instructions are attached at Attachment A.

**IV.     List of Witnesses**

The government's witness list is presented below.

| Name | Type |
|---|---|
| Tsion Biru | Civilian |
| Utemdi Kisa Djawotho | Civilian |
| Maya Fykes | Civilian |
| Yerly Fernandez Gorosabel | Civilian |
| Verdell Hines | Civilian |
| Marlon Rene Lemis Huesgen | Civilian |
| Verne Monroe | Civilian |
| Samantha Mosley | Civilian |
| Nazmul Taluker | Civilian |
| Nigel Cordero Sinclair | Civilian |
| Laela Janae Turner | Civilian |

|                      |                              |
|----------------------|------------------------------|
| Donté Allen          | Law Enforcement              |
| Antoinette Mason     | Law Enforcement              |
| Kevin Moore          | Law Enforcement              |
| Jared Lipschutz      | Law Enforcement              |
| Bela Schuler         | Law Enforcement              |
| Rahim Sumahoro       | Law Enforcement              |
|                      |                              |
| Patricia Cornell     | Expert Witness (Fingerprint) |
| Kyle Ebersole        | Expert Witness (DNA)         |
|                      |                              |
| Candi Alvarado       | Fingerprints / DNA           |
| Stacy Campbell       | Fingerprints / DNA           |
| Crystal Cauley       | Fingerprints / DNA           |
| Zachary Curran       | Fingerprints / DNA           |
| Curtis Gaul          | Fingerprints / DNA           |
| Brandon Guard        | Fingerprints / DNA           |
| Patricia Kramer      | Fingerprints / DNA           |
| Samantha McGrath     | Fingerprints / DNA           |
| Jessica McLamb       | Fingerprints / DNA           |

**V.   Exhibit Lists**

The government's proposed exhibit list is attached at Attachment B.

**VI.   Stipulations**

The parties do not have any stipulations to submit to the Court.

**VII.   Proposed Verdict Form**

The parties' proposed Verdict Form is attached at Attachment C.


                        Respectfully submitted,
                        JEANINE FERRIS PIRRO
                        United States Attorney

By:   /s/ *Jason McCullough*
       JASON B.A. McCULLOUGH
       D.C. Bar No. 998006; NY Bar No. 4544953
       Jared English

        D.C. Bar No. 1023926
        Assistant United States Attorney
        601 D Street NW
        Washington, D.C. 20530
        (202) 252-7233 (McCullough)
        jason.mccullough2@usdoj.gov
        (202) 252-2628 (English)
        Jared.English@usdoj.gov